IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DH-DHEKELIA SHIP MANAGEMENT LIMITED, ) ) Plaintiff, ) v. ) BLUESTONE COAL SALES CORPORATION and ) BLUESTONE RESOURCES, INC. ) ) Defendants. ) | 1:21CV135 |

## ORDER

Before the court is the motion filed by Defendant Bluestone Coal Sales Corporation and Bluestone Resources, Inc. to vacate/modify the maritime attachment and dismiss Plaintiff's Complaint. (Doc. 9.) Pursuant to Supplemental Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, "shall be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest or attachment should not be vacated or other relief granted consistent with these rules." Fed. R. Civ. P. Adm. Supp. R. E(4)(f). In preparation for a hearing in this matter,

IT IS ORDERED that the Plaintiff file a response to Defendant's motion no later than March 31, 2021.

IT IS FURTHER ORDERED that this matter be set for a hearing on April 1, 2021 at 2:30 p.m. in Courtroom 2 in Winston-Salem.

```
                                     /s/   Thomas D. Schroeder
                                    United States District Judge
March 29, 2021
```